UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**02CR0473**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 2002 CR _____ |
| ) | |
| v. ) | Magistrate Judge Michael T. Mason |
| ) | |
| UMAR FAROOQ and ) | |
| MOHAMMED AKHTER, aka ) | |
|    MUHAMMAD SALEEM, aka ) | |
|    SALEEM MUHAMMAD, aka ) | |
|    MOHAMMAD SALEEM, and aka ) | |
|    MUHHAMMAD SALIM ) | |

## ORDER

The UNITED STATES OF AMERICA by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, having moved this Court to Seal the Complaint, Affidavit, and Arrest Warrants, and having demonstrated good cause in support of its motion,

IT IS HEREBY ORDERED THAT the Complaint, Affidavit, and Arrest Warrant be sealed until **June 20, 2002**.

IT IS FURTHER ORDERED THAT the order to seal does not apply to disclosures made to and by the United States Department of Justice Office of International Affairs, as well as Canadian law enforcement authorities and Crown prosecutors, which are necessary to effectuate the issuance of Provisional Arrest Warrants in Canada and extradition from Canada.

ENTER:

*[signature]*

MICHAEL T. MASON
United States Magistrate Judge

DATE: MAY 9, 2002