FILED
J N MAR 14 2008
MAR 1 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 2002 CR 473 |
| v. ) | |
| ) | Magistrate Judge Michael T. Mason |
| UMAR FAROOQ and ) | |
| MOHAMMED AKHTER. ) | |

### Government's Motion to Vacate Arrest Warrant & Unseal the Case

Now comes the UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and states as follows in support of its Motion to Vacate Arrest Warrants and Unseal the Case:

1. Previously, on May 9, 2002, this Court issued arrest warrants for the above-named defendants based on a Complaint and Affidavit executed by Special Agent Susan Woods of the Federal Bureau of Investigation. The Affidavit detailed the facts supporting probable cause that Defendants UMAR FAROOQ and MOHAMMED AKHTER have violated federal criminal law, namely, wire fraud, in violation of Title 18, United States Code, Sections 2 and 1343.

2. The defendants reside in Canada, and were living there at the time of the Complaint's issuance. The government, counsel for defendant Umar Farooq, and defendant have negotiated an information and plea, which will obviate the need for extradition proceedings.

3. In addition, there is no longer a need to maintain this case file under seal.

4. WHEREFORE, for the foregoing reasons, the government respectfully requests that the arrest warrant as to defendant Umar Farooq be vacated, and that the case file be unsealed.

        Respectfully submitted,

        PATRICK J. FITZGERALD
        United States Attorney

By: *[signature]*
        EDMOND E. CHANG
        Assistant United States Attorney
        219 South Dearborn Street
        Chicago, Illinois 60604
        (312) 886-1000

Date: March 14, 2008