Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Michael T. Mason | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 02 CR 473 | **DATE** | 3/17/2008 |
| **CASE TITLE** | United States vs. Umar Farooq & Mohammed Akhter | | |

**DOCKET ENTRY TEXT**

Government's motion to vacate arrest warrant and unseal the case is granted. Arrest warrant issued as to Umar Farooq is vacated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | KF |
|---|---|---|