# United States District Court
# Northern District of Illinois

In the Matter of

USA

v.

Umar Farooq

Case No. 02 CR 473

Designated Magistrate Judge
Michael T. Mason

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE
### FOR A REASSIGNMENT

In accordance with the provisions of Rule 13 of the Internal Operating Procedures of this Court, I recommend that the above captioned case be reassigned to the calendar of Judge **William J. Hibbler** who has acknowledged the reasons and conditions of this reassignment on the reverse of this form.

_____
Judge Joan H. Lefkow

Dated: March 21, 2008

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **William J. Hibbler**.

ENTER

FOR THE EXECUTIVE COMMITTEE

_____
Chief Judge James F. Holderman

Dated: APR - 7 2008

Reassignment by Agreement (Rev. 9/99)

I agree that case number **02CR473** should be reassigned to my calendar as specifically set forth below:

by mutual agreement

---

☐  It is also agreed that if the Executive Committee approves this reassignment, the following numbered case(s) should be reassigned to the calendar of Judge _____ as replacement(s):


■  It is also agreed that if the Executive Committee approves this reassignment, the reassignment of a replacement case(s) is not required.

_____
Judge William J. Hibbler

Dated: 4/3/08